FILED

05/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0687

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0697

_____

BRADLEY C. WORKMAN and
KAREN M. WORKMAN,

      Plaintiffs and Appellants,

  v.

                                ORDER

BRIAN KENNETH STAINTHORPE,

      Defendant and Appellee.

_____

This Court granted Appellants' request for a stay of this appeal on February 2, 2024, as the appeal was premature because the Lincoln County District Court had not yet issued a final judgment on attorney fees and costs. Appellants now request the stay be lifted and a new briefing schedule set.

Upon consideration of Appellants' Unopposed Motion to Reset Briefing Schedule, with good cause appearing,

IT IS ORDERED that the stay in this matter is lifted.

IT IS FURTHER ORDERED that Appellants shall prepare, file, and serve an opening brief on or before July 1, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 31 2024